# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARRETT L. YOUNG

VERSUS

ZURICH AMERICAN INSURANCE
COMPANY, ET AL

NO.  2021 CW 0094

**MARCH 15, 2021**

---

In Re:   Garrett Young, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681138.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.**  This writ application failed to include a copy of pertinent court minutes and the judgment complained of, in violation of Rule 4-5(6) and (10) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before March 29, 2021, and must contain a copy of this ruling.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT